**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| ISAIAH GOODMAN, | Case No. 24-cv-3818 (LMP/DJF) |
| Plaintiff, | |
| v. | **ORDER ADOPTING**<br>**REPORT AND RECOMMENDATION** |
| COLLETTE PETERS, Director Bureau of Prisons, | |
| Defendant. | |

Before the Court is the Report and Recommendation ("R&R"), ECF No. 7, of United States Magistrate Judge Dulce J. Foster, which recommends dismissing Plaintiff Isaiah Goodman's petition for a writ of habeas corpus, ECF No. 1, without prejudice. No objections have been filed to the R&R, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED** that:

1. The R&R (ECF No. 7) is **ADOPTED IN FULL**; and

2. Goodman's petition for a writ of habeas corpus (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 14, 2025         *s/Laura M. Provinzino*
                                Laura M. Provinzino
                                United States District Judge